# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JOSHUA R. JACKSON

VERSUS

ATLANTIC SPECIALTY
AUTOMOBILE INSURANCE, ET AL

NO.  2020 CW 0525

**AUGUST 17, 2020**

---

In Re:    Atlantic Specialty Automobile Insurance, the City of New Roads, and Larry Williams, applying for supervisory writs, 18th Judicial District Court, Parish of Pointe Coupee, No. 47021.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT NOT CONSIDERED.** This writ application is untimely. Rule 4-3 of the Uniform Rules of Louisiana Courts of Appeal, provides that the return date in civil cases shall not exceed thirty days from the date of notice as provided in La. Code Civ. P. art. 1914. La. Code Civ. P. art. 1914(B) provides that interlocutory judgments must be reduced to writing if the court so orders, and the clerk shall mail notice of judgment. In this case, the trial court ordered a judgment, which was signed on December 23, 2019, and notice was issued on December 26, 2019. The return date order signed on January 17, 2020 set the return date in accordance with law. This writ application, filed on February 13, 2020, more than thirty days after notice of the judgment, is untimely.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT